

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00268-CV

**NANCY JACKSON SPINKS,**

**Appellant**

 v.

**JAMES RANDALL SMITH,**

**Appellee**

**From the 440th District Court**
**Coryell County, Texas**
**Trial Court No. DC-21-52548**

## MEMORANDUM OPINION

On August 16, 2022, appellant, Nancy Jackson Spinks, filed her pro se notice of appeal in this matter. The Clerk's Record was filed on September 13, 2022. Two Supplemental Clerk's Records were filed on September 22, 2022, and October 20, 2022, respectively. In her docketing statement, appellant indicated that there is no Reporter's Record in this matter. Accordingly, pursuant to Texas Rule of Appellate Procedure

38.6(a), appellant's brief was due within thirty days of October 20, 2022. *See* TEX. R. APP. P. 38.6(a).

In a letter dated November 30, 2022, the Clerk of this Court notified appellant that no brief had been filed and that the Court may dismiss this appeal for want of prosecution unless, within twenty-one days of the date of the letter, she or any party desiring to continue the appeal filed with this Court a response showing grounds for continuing the appeal. No response was filed. Accordingly, this appeal is dismissed. *See id.* at R. 42.3(c).

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson,
     and Justice Smith
Appeal dismissed
Opinion delivered and filed January 25, 2023
[CV06]

